IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ERIC JOHNSON,                          :        CASE NO.

        Plaintiff,                    :

v.                                     :

REALPAGE, INC.,                        :

        Defendant.                    :

---

### NOTICE OF REMOVAL BY DEFENDANT REALPAGE, INC.

---

Defendant, RealPage, Inc. ("RealPage"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332 and 1441, gives notice that Civil Action No. 2013-35114-CA-42 now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County (the "civil action") is removed to this Court. Removal of the civil action to this Court is proper for the following reasons:

1.      The civil action was commenced and is now pending, being Case No. 2013-35114-CA-42. Copies of all process, pleadings, and orders served upon RealPage in the civil action are attached to this Notice of Removal as Exhibit A.

2.      The Summons and Complaint in the civil action were served upon RealPage on November 12, 2013, and therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. §§ 1446(b)(1).

3.      The civil action involves a controversy between citizens of different states in that the Plaintiff Eric Johnson is and was, at the time of commencement of this action, a citizen of the state of Florida, Complaint, ¶ 3, and RealPage is and was, at the time of the commencement of this action, a corporation incorporated and existing under the laws of the State of Delaware, having its principal place of business in the State of Texas. 28 U.S.C. § 1332(d)(2)(A).

4.      The value of the matter in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs in that the Complaint seeks damages "in excess of the jurisdictional limits" of the Circuit Court of the Eleventh Judicial Circuit against RealPage for alleged defamatory libel per se. Plaintiff's prior attorney, Carlos O. Fernandez, Esq., informed Defendant that the relief sought in connection with that claim is compensatory and punitive in the amount of Four Million Dollars ($4,000,000.00). Complaint, ¶¶ 21—30 and Exhibit 1 to the Raether Decl., attached hereto as Exhibit B. When asked about the relief sought in connection with his claims, Plaintiff has not disputed that he seeks an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. Raether Decl., ¶¶ 3—4 and Exhibit 1.

5.      Thus, the civil action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which is removable by RealPage under the provisions of 28 U.S.C. § 1441 in that the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs, and is between citizens of different states.

6.      The United States District Court for the Southern District of Florida, Miami Division, is the District Court and division encompassing the place where this action is currently pending—to wit, the Florida State Circuit Court serving the Eleventh Judicial Circuit of Florida,

in and for, Miami-Dade County, Florida. Thus, this is the appropriate District Court, and division, to which to remove this proceeding.

7.     Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

8.     A true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida as required by law.

9.     There are no motions currently pending on removal for which a memorandum needs to be filed in accordance with Local Rule 7.2.

WHEREFORE, Defendant RealPage, Inc. respectfully requests that this Court assume jurisdiction over this action from the Circuit Court of Miami-Dade County, Florida and that this action shall proceed as removed to this Court.

Respectfully submitted,

Manuel A. Garcia-Linares
Florida Bar No. 985252
RICHMAN GREER, P.A.
396 Alhambra Circle
North Tower – 14th Floor
Miami, Florida 33134
Telephone: (305) 373-4021
Email: mlinares@richmangreer.com

Ronald I. Raether, Jr. *(pro hac vice pending)*
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3733
Telecopier: (937) 227-3717
Email: rraether@ficlaw.com

Attorney for Defendant
RealPage, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 27th day of November, 2013, I electronically filed the

foregoing Notice of Removal by Defendant RealPage, Inc. with the Clerk of Courts using the

CM/ECF system, which will send notification of such filing to CM/ECF participants, and I

hereby certify that I have mailed by United States Postal Service the document to the non-

CM/ECF participants:

Eric Johnson
In Pro Per
1228 SW 3rd Avenue, #505
Miami, FL 33130
Tel. (480) 438-4888
Email: edj1983@yahoo.com

Plaintiff

Manuel A. Garcia-Linares

785745.1