# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

Date:_____

**ATTN: Civil Correspondence Clerk**  
Clerk of Circuit and County Courts  
138 Dade County Courthouse  
73 West Flagler Street  
Miami, FL 33130

RE:   District Court Case No.:_____

State Court Case No.:_____

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

STEVEN M. LARIMORE  
Clerk of Court

by:_____  
      Deputy Clerk

Enclosures

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

Date: _____

**ATTN: Civil Correspondence Clerk**  
Clerk of Circuit and County Courts  
138 Dade County Courthouse  
73 West Flagler Street  
Miami, FL 33130

RE:   District Court Case No.: _____

   State Court Case No.: _____

Dear Sir/Madam:

Pursuant to 28 U.S.C.§1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court. Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE  
Clerk of Court

by: _____  
      Deputy Clerk

Enclosures

---

**CLERK'S ACKNOWLEDGEMENT OF RECEIPT**

The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand

This case has been assigned the following State Court case number: _____.

by: _____, Deputy Clerk

on: _____

---

☐ 400 N. Miami Ave.  
Room 8N09  
Miami, FL 33128  
(305) 523-5100

☐ 299 E. Broward Blvd.  
Room 108  
Ft. Lauderdale, FL 33301  
(954) 769-5400

☐ 701 Clematis Street  
Room 402  
West Palm Beach, FL 33401  
(561) 803-3400

☐ 300 South Sixth Street  
Fort Pierce, FL 34950  
(772) 467-2330

☐ 301 Simonton Street,  
Room 130  
Key West, FL 33040  
(305) 295-8100