

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: 01/15/2014

**ATTN: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

FILED by _PG_ D.C.

JAN 27 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

RE:   District Court Case No.: 13-CV-24324-KMW

State Court Case No.: 13-35114-CA-42

Dear Sir/Madam:

Pursuant to 28 U.S.C.§1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court. Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: Juan Ulacia
       Deputy Clerk

Enclosures

---

**CLERK'S ACKNOWLEDGEMENT OF RECEIPT**

The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand

This case has been assigned the following State Court case number: 13-35114 CA 42

by LAKEISHA FIGUEROA

on: JAN 22 2014

---

☐ 400 N. Miami Ave.
Room 8N09
Miami, FL 33128
(305) 523-5100

☐ 299 E. Broward Blvd.
Room 108
Ft. Lauderdale, FL 33301
(954) 769-5400

☐ 701 Clematis Street
Room 402
West Palm Beach, FL 33401
(561) 803-3400

☐ 300 South Sixth Street
Fort Pierce, FL 34950
(772) 467-2330

☐ 301 Simonton Street,
Room 130
Key West, FL 33040
(305) 295-8100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: 01/15/2014

**ATTN: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:   District Court Case No.: 13-CV-24324-KMW

State Court Case No.: 13-35114-CA-42

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: Juan Ulacia
    Deputy Clerk

Enclosures

☐ 400 N. Miami Ave.
Room 8N09
Miami, FL 33128
(305) 523-5100

☐ 299 E. Broward Blvd.
Room 108
Ft. Lauderdale, FL 33301
(954) 769-5400

☐ 701 Clematis Street
Room 402
West Palm Beach, FL 33401
(561) 803-3400

☐ 300 South Sixth Street
Fort Pierce, FL 34950
(772) 467-2330

☐ 301 Simonton Street,
Room 130
Key West, FL 33040
(305) 295-8100